UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGENERATIVE WELLNESS CENTER, LLC, ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:18 CV 1110 CDP |
| SCOTT OTEY, et al., ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For the reasons stated on the record during yesterday's hearing, I am denying the motion for temporary restraining order as plaintiff has failed to demonstrate a threat of irreparable harm or a likelihood of success on the merits as required by *Dataphase Systems, Inc. v. C L Systems, Inc.*, 640 F.2d 109, 114 (8th Cir. 1981). This case will be set for a scheduling conference by separate Order, but in the meantime I urge the parties to engage in serious settlement negotiations.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for temporary restraining order [7] is denied.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of July, 2018.